UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS - 6

### CIVIL MINUTES – GENERAL

| | |
|---|---|
| Case No.   2:23-cv-05400-JLS-KS | Date: December 5, 2023 |
| Title:   *Malcolm A. Bey v. Keyes European Dealership* | |

Present: The Honorable JOSEPHINE L. STATON, U.S. District Judge

| Gabby Garcia | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings (In Chambers):**   ORDER DISMISSING CASE FOR FAILURE TO FILE A COMPLETE *IN FORMA PAUPERIS* REQUEST OR PAY FILING FEE

    All parties instituting a civil action, suit, or proceeding in a district court of the United States must pay a filing fee. 28 U.S.C. § 1914(a). An action may proceed despite a party's failure to pay the filing fee only if the party is granted leave to proceed *in forma pauperis* under 28 U.S.C. § 1915(a)(1).

    On September 19, 2023, the Court postponed ruling on Plaintiff's request to proceed *in forma pauperis* ("Request") because it contained discrepancies. Dkt. 15. The Court directed Plaintiff to either: (1) refile a fully completed Request with an accompanying one-page explanation; or (2) pay the full filing fee. *Id.* The Court warned that if Plaintiff did not comply within 30 days, the case would be dismissed without prejudice. *Id.*

    To date, Plaintiff has not responded to the Court's order. Accordingly, this action is DISMISSED without prejudice.

    IT IS SO ORDERED.